IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01148-PAB

6900 RD 16134 TRUST,

    Plaintiff,

v.

CITIBANK, N.A.,
MONTROSE COUNTY TRUSTEE, and
DOES 1 THROUGH 50,

    Defendants.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    It is

    **ORDERED** that plaintiff 6900 RD 16134 Trust shall respond to the Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) and Request for Leave to Seek Sanctions Under C.R.S. § 13-17-102 [Docket No. 9] filed by defendant Citibank, N.A. **on or before Friday, May 9, 2014**. Pursuant to Local Rule 11.1(a), any filing on behalf of plaintiff Trust must be made by a licensed attorney. It is further

    **ORDERED** that the Motion to Stay Deadlines Pending Resolution of Motion to Dismiss and Entry of Appearance of Counsel on Behalf of Plaintiff [Docket No. 10] is GRANTED.

    DATED April 25, 2014.